IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR TREJO, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-03189-CV-S-SWH |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER

On May 8, 2015, a hearing was held on Plaintiff's Social Security Brief (doc. #9), Brief for Defendant (doc. #12) and Plaintiff's Reply Brief (doc. #13). For the reasons stated during the hearing,[1] it is

ORDERED that this case is reversed and remanded to the Social Security Administration pursuant to 42 U.S.C. § 405(g), sentence 4, for the development of an adequate record in accordance with the decision of the Court, as set forth during the hearing; and it is further

ORDERED that the Commissioner shall obtain from the court reporter a copy of my oral order so that the Commissioner will know on what basis this case was remanded.

/s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

---

[1] The argument and the Court's statements concerning its reasons for reversing the decision of the Commissioner and remanding for further proceedings have been typed and made a part of the record.